1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HORTENSE WHITE,                           No.  2:14-cv-0671 CKD P

12             Petitioner,

13      v.                                      ORDER

14   MARITA BUNZUELA,

15             Respondent.

16

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma pauperis

19   affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20   will be provided the opportunity to either submit the appropriate affidavit in support of a request

21   to proceed in forma pauperis or submit the appropriate filing fee.

22        In accordance with the above, IT IS HEREBY ORDERED that:

23        1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24   support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25   failure to comply with this order will result in a recommendation that this action be dismissed;

26   and

27   /////

28   /////

                                        1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated:  March 19, 2014

4                                                    _____
                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10   2 / whit0671.101a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2